# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL J. LYONS & DEBRA E. LYONS  
3356 PRAIRIE VIEW DRIVE  
ROCKFORD, IL 61114  
SSN-xxx-xx-4932 & xxx-xx-7839  

Case Number: 07-73014

Case filed on: 12/12/2007  
Plan Confirmed on: 2/29/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,532.00  Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 038 | ATTORNEY JAMES M PHILBRICK | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Administration | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 1,179.86 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,179.86 | 0.00 |
| 002 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST FRANKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | APPLIED CARD / BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CREDITORS PROTECTION SERVICES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL J. LYONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST FRANKLIN LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GMAC | 20,423.71 | 20,423.71 | 3,001.85 | 1,634.36 |
| 006 | GMAC | 9,212.98 | 9,212.98 | 2,212.38 | 706.72 |
|  | Total Secured | 29,636.69 | 29,636.69 | 5,214.23 | 2,341.08 |
| 001 | ECAST SETTLEMENT CORPORATION | 3,625.52 | 3,625.52 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 1,137.94 | 1,137.94 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,720.02 | 1,720.02 | 0.00 | 0.00 |
| 011 | CAPITAL ONE BANK (USA) NA | 2,427.22 | 2,427.22 | 0.00 | 0.00 |
| 012 | COMED CO | 473.88 | 473.88 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 1,388.60 | 1,388.60 | 0.00 | 0.00 |
| 014 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 388.29 | 388.29 | 0.00 | 0.00 |
| 019 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 2,236.30 | 2,236.30 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 1,651.87 | 1,651.87 | 0.00 | 0.00 |
| 023 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MERRICK BANK | 2,062.29 | 2,062.29 | 0.00 | 0.00 |
| 026 | NATIONAL CITY BANK | 516.55 | 516.55 | 0.00 | 0.00 |
| 028 | NICOR GAS | 299.71 | 299.71 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 952.46 | 952.46 | 0.00 | 0.00 |
| 030 | ROCKFORD HEALTH PHYSICIANS | 77.18 | 77.18 | 0.00 | 0.00 |
| 031 | CREDITORS PROTECTION SERVICE, INC | 1,794.71 | 1,794.71 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 376.12 | 376.12 | 0.00 | 0.00 |
| 034 | CAPITAL ONE BANK (USA) NA | 5,760.06 | 5,760.06 | 0.00 | 0.00 |
| 035 | CAPITAL ONE BANK (USA) NA | 8,406.61 | 8,406.61 | 0.00 | 0.00 |
| 036 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | LVNV FUNDING LLC | 1,073.96 | 1,073.96 | 0.00 | 0.00 |
|  | Total Unsecured | 36,369.29 | 36,369.29 | 0.00 | 0.00 |
|  | Grand Total: | 70,505.98 | 70,505.98 | 7,394.09 | 2,341.08 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $9,735.17 |
| Trustee Allowance: | $796.83 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan